## STATE OF CONNECTICUT *v.* PEDRO S.

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 183 (AC 24096), is denied.

*Arnold V. Amore II*, special public defender, in support of the petition.

*Theresa Anne Ferryman*, senior assistant state's attorney, in opposition.

Decided April 12, 2005